IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RUTH S. MILLER, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-491 (MTT) |
| DEPARTMENT OF THE ARMY, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on Plaintiff Ruth S. Miller's Motion to Proceed in Forma Pauperis (Doc. 2). Pursuant to 28 U.S.C. § 1915(a), a district court must determine whether the statements contained in a financial affidavit satisfy the requirement of poverty. *Martinez v. Kristi Cleaners, Inc.*, 364 F.3d 1305, 1307 (11th Cir. 2004). "Such an affidavit will be held sufficient if it represents that the litigant, because of his poverty, is unable to pay for the court fees and costs, and to support and provide necessities for himself and his dependents." *Id.* at 1307. The Court cannot yet make this determination, however, because the Plaintiff has incorrectly filed the IFP form for prisoners. Accordingly, the Plaintiff is **ORDERED** to file the Application to Proceed without Prepaying Fees (IFP) Non-Prisoner Long Form within **14 days** of the entry of this Order for her Motion to be given consideration.

**SO ORDERED,** this 18th day of December, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT