IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RUTH S. MILLER, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-491 (MTT) |
| DEPARTMENT OF THE ARMY, | ) |
| Defendant. | ) |

## ORDER

On December 18, 2012, this Court entered an Order (Doc. 4) in which it deferred ruling on the Plaintiff's Motion to Proceed in Forma Pauperis (Doc. 2) and ordered the Plaintiff to file an Application to Proceed without Prepaying Fees (IFP) Non-Prisoner Long Form within 14 days of the entry of the Court's Order. As of the date of this Order, the Plaintiff has neither filed the form nor asked for an extension. Therefore, pursuant to Fed. R. Civ. P. 41(b), the Court will **DISMISS** this case without prejudice due to the Plaintiff's failure to prosecute the case and her failure to follow the instructions of this Court.

**SO ORDERED,** this 15th day of January, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT